EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Sep 28 2012 08:10AM MDT
Filing ID: 46698174
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER, COLORADO<br>1777 Sixth Street<br>Boulder, CO 80302<br>303-271-6135<br><br>Plaintiff: RICKEY LEE BUCKINGHAM, JR., a Colorado resident<br><br>v.<br><br>Defendant: AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., a foreign corporation | ▲ COURT USE ONLY ▲ |
| Attorneys for American Medical Response Ambulance Service, Inc.<br>Peter F. Munger, #12438<br>Ryan P. Lessmann, #35755<br>Jackson Lewis LLP<br>950 17th Street, Suite 2600<br>Denver, Colorado 80202<br>Telephone: (303) 892-0404<br>Facsimile: (303) 892-5575<br>E-Mail: peter.munger@jacksonlewis.com<br>E-Mail: LessmannR@jacksonlewis.com | Case Number: 2012CV811<br><br>Division: 2 |
| **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** | |

This matter comes before the Court on Defendant American Medical Response Ambulance Service, Inc.'s Motion for Extension of Time to Respond to Plaintiff's Complaint. The Court, finding that good cause exists to grant the Motion, and having otherwise been fully apprised in the premises,

HEREBY ORDERS that Defendant's Motion is GRANTED. Defendant shall have up to and including October 12, 2012 to move, answer or otherwise respond to Plaintiff's Complaint.

DATED THIS 27th day of September, 2012.

_____
District Court Judge