**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-02606-CMA-KLMT

RICKEY LEE BUCKINGHAM, JR.,

    Plaintiff,

v.

AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.,
a foreign corporation

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on January 31, 2014 it is

    ORDERED that Defendant's Motion for Summary Judgment (Doc.# 20) is GRANTED.

    FURTHER ORDERED that there is no just reason for delay of entry of final judgment in favor of Defendant and against Plaintiff. This case is DISMISSED WITH PREJUDICE.

    Dated at Denver, Colorado this 31st day of January, 2014.

                                     FOR THE COURT:
                                     JEFFREY P. COLWELL, CLERK

                                     s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk